**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| **D.W.** | : | CIVIL ACTION |
| | : | |
| Plaintiff(s), | : | |
| | : | |
| v. | : | No. **8:25-cv-02642** |
| | : | |
| **WYNDHAM HOTELS & RESORTS, INC., DAYS INN WORLDWIDE INC., DAYS INN NORTH TAMPA** | : | |
| | : | |
| Defendant(s) | : | |

**UNOPPOSED MOTION FOR SPECIAL ADMISSION**

Kelsie Overton, Esquire, moves for special admission to represent Plaintiff D.W. in this action.

I am a member in good standing of a bar if a United States District Court; specifically, U.S. District Court for the Northern, Middle, and Southern District of Alabama.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida.

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required

by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

Dated: November 9, 2026

Respectfully Submitted,

*s/Kelsie Overton*
Kelsie Overton, Esq.
AL Bar No. ASB-1791F80L
TeamD@vca.law
Andreozzi + Foote
4503 North Front Street
Harrisburg, PA 17110

## **Local Rule 3.01(g) Certification**

Plaintiff conferred with defense counsel pursuant to Local Rule 3.01(g) and certifies all parties are unopposed to Plaintiff's Motion for Special Appearance of Attorney Kelsie Overton.

Dated: November 9, 2026